UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Kambiz Bakhtiari,<br><br>　　　Petitioner.<br><br>v.<br><br>Kristi Noem, et al.,<br><br>　　　Respondent. | Case No.: 2:25-cv-02346-APG-BNW<br><br>**Order Directing Service<br>of the Amended Petition**<br><br>[ECF No. 7] |

Petitioner Kambiz Bakhtiari, immigration detainee, filed a *pro se* petition for writ of habeas corpus under 28 U.S.C. § 2241. ECF No. 1-1. Following appointment of counsel, Bakhtiari filed a first amended petition as well as a motion for temporary restraining order. ECF Nos. 7, 9. I direct that the petition be served on the respondents and direct the respondents to file a response.

**IT IS HEREBY ORDERED** that the Clerk of Court:

1. **DELIVER** a copy of the amended petition (ECF No. 7) and this Order to the U.S. Marshal for service.

2. **ADD** the United States Attorney for the District of Nevada to the docket as an Interested Party.

3. **SEND**, through CM/ECF, a copy of the amended petition (ECF No. 7) and this Order to the United States Attorney for the District of Nevada at Sigal.Chattah@usdoj.gov, Veronica.criste@usdoj.gov, Summer.johnson@usdoj.gov, and caseview.ecf@usdoj.gov, in accordance with Federal Rule of Civil Procedure 5(b)(2)(E).

4. **MAIL** a copy of the amended petition (ECF No. 7) and this Order pursuant to Rule 4(i)(2) of the Federal Rules of Civil Procedure to:

   1) Kristi Noem, Secretary, United States Department of Homeland Security, 245 Murray Lane SW, Washington, DC 20528

2) Pamela Bondi, Attorney General of the United States, 950 Pennsylvania Avenue, NW, Washington, DC, 20530

3) Todd Lyons, Acting Director and Senior Official Performing the Duties of the Director for U.S. Immigration and Customs Enforcement, 500 12th Street, SW, Washington, DC 20536

4) John Mattos, Warden, Nevada Southern Center, 2190 E. Mesquite Ave. Pahrump, NV 89060

5) Michael Bernacke, U.S. Immigration Customs Enforcement and Removal Operations, 501 S. Las Vegas Blvd. Ste 200, Las Vegas, NV 89101

**IT IS FURTHER ORDERED** that the U.S. Marshal **SERVE** a copy of the amended petition (ECF No. 7) and this Order on the United States Attorney for the District of Nevada or on an Assistant United States Attorney or clerical employee designated by the United State Attorney pursuant to Rule 4(i)(1)(A)(i) of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that Respondents shall not transfer Petitioner out of this District. *See F.T.C. v. Dean Foods Co.*, 384 U.S. 597, 604 (1966) (noting the court's "express authority under the All Writs Act to issue such temporary injunctions as may be necessary to protect its own jurisdiction"). Given the exigent circumstances, I find that this order is warranted to maintain the *status quo* pending resolution on the merits and finds that Petitioner has satisfied the factors governing the issuance of such preliminary relief.

**IT IS FURTHER ORDERED** that counsel for Respondents file a notice of appearance within 7 days of the date of this Order and file and serve their response to the amended petition within 14 days of the date of this Order, unless additional time is allowed for good cause shown.

**IT IS FURTHER ORDERED** that Petitioner will have 7 days following the filing of the response to file a reply.

DATED this 6th day of January, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE