**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KAMBIZ BAKHTIARI, | Case No.: 2:25-cv-02346-APG-NJK |
| Petitioner, | **Order Granting Petition for Writ of Habeas Corpus and Motion for Temporary Restraining Order** |
| v. | |
| JOHN MATTOS, et al., | [ECF Nos. 7, 9] |
| Respondents. | |

Kambiz Bakhtiari, a citizen of Iran and member of the Bahai religious minority, was ordered removed from the United States by an Immigration Judge on May 23, 2019. He was eventually released on an order of supervision because Iran did not issue travel documents. In the six years since then, the United States has been unable to remove him. Mr. Bakhtiari was re-detained by Immigration and Customs Enforcement (ICE) in June 2025 despite no change in his status or a likelihood of removal. He has remained in ICE custody since then. The Iranian consulate recently told Mr. Bakhtiari it will not issue travel documents for him. Thus, he cannot be removed to Iran.

Mr. Bakhtiari filed an Amended Petition for Writ of Habeas Corpus and a motion for a temporary restraining order both seeking his immediate release from custody under *Zadvydas v. Davis*, 533 U.S. 678 (2001). ECF Nos. 7, 9. The respondents agree that there is no significant likelihood of removal in the reasonably foreseeable future. ECF No. 13 at 1. Thus, the United States agrees that, under *Zadvydas*, Mr. Bakhtiari's Amended Petition and motion should be granted.

I THEREFORE ORDER that Mr. Bakhtiari's Amended Petition for Writ of Habeas Corpus **(ECF No. 7)** and motion for temporary restraining order **(ECF No. 9) are granted.** I declare that Mr. Bakhtiari's ongoing detention violates the Due Process Clause of the Fifth Amendment.

I FURTHER ORDER respondent John Mattos to release Mr. Bakhtiari from the custody of CoreCivic **today, Friday, January 23, 2026**, in a safe and orderly fashion during the daytime. The respondents must transport Mr. Bakhtiari to 501 Las Vegas Blvd South, Las Vegas, Nevada **today, Friday, January 23, 2026**. Mr. Bakhtiari is reinstated to supervision and will remain subject to whatever conditions of supervision were previously imposed upon him by the Immigration Judge prior to his recent detention.

I FURTHER ORDER that the Respondents are permanently enjoined from further unlawful detention of Mr. Bakhtiari under *Zadvydas v. Davis*, 533 U.S. 678 (2001) or any other applicable law. The respondents are prohibited from revoking Mr. Bakhtiari's release on the order of supervision absent proof of changed circumstances making his removal reasonably foreseeable and without first following the required statutory procedures.

I FURTHER ORDER that the respondents are prohibited from removing Mr. Bakhtiari to a third country without a reasonable opportunity to reopen his proceedings before an Immigration Judge.

DATED this 23rd day of January, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

2